996

No. 1284, Misc.   WEINREICH v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.

No. 1299, Misc.   WATSON v. COMMON PLEAS COURT, PHILADELPHIA.   C. A. 3d Cir.   Certiorari denied.

No. 1300, Misc.   BENNETT v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.

No. 1315, Misc.   RASNICK v. CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 1327, Misc.   STILTNER v. RHAY, PENITENTIARY SUPERINTENDENT, ET AL.   Sup. Ct. Wash.   Certiorari denied.

No. 1328, Misc.   CHANDLER ET AL. v. MASSA ET AL. C. A. 6th Cir.   Certiorari denied.   *Albert Walter Buford, Jr.,* for petitioners.   *J. Woodrow Norvell* for respondents.

No. 1329, Misc.   FRYE v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.

No. 1332, Misc.   REHFIELD v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *W. Edward Morgan* for petitioner.   *Solicitor General Griswold* for the United States.

No. 1339, Misc.   FELDT v. FOLLETTE, WARDEN.   C. A. 2d Cir.   Certiorari denied.

No. 1340, Misc.   CAFFEY v. MISSOURI.   Sup. Ct. Mo. Certiorari denied.